UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO.  08-0081 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MARCUS WILLIAMS | * | MAG. JUDGE KAREN L. HAYES |

**J U D G M E N T**

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion under 28 U.S.C. § 2255 [Doc. No. 85] is hereby **DENIED**.

MONROE, LOUISIANA, this 29th day of January, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE